# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON K. BASKETT, | ) | Case No. ED CV 16-0091 PSG (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| J. SOTO, *Warden*, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b)

DATED: 2/2/16

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE